**Laura M. TEASLEY,**
**Plaintiff-Appellant,**

v.

**MISSOURI COMMISSION ON HUMAN RIGHTS, Defendant-Respondent.**

No. 48983.

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 1985.

Edward L. Welch, Edwardsville, Ill., for plaintiff-appellant.

Bruce Farmer, Office of Atty. Gen., Jefferson City, for defendant-respondent.

## ORDER

PER CURIAM.

Plaintiff appeals from an order affirming the dismissal of a complaint of racial discrimination filed before the Missouri Commission on Human Rights. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisdictional purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).